UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>RESOURCE DEVELOPMENT INTERNATIONAL, LLC, *et al.*,<br><br>    Defendants,<br><br>    and<br><br>PACIFIC INTERNATIONAL LIMITED PARTNERSHIP, *et al.*,<br><br>    Defendants Solely for Purposes of Equitable Relief | Case No. MS06-5002FDB<br><br>ORDER GRANTING ADDITIONAL TIME TO PRODUCE DOCUMENTS |

    This matter arises out of an action pending in the United States District Court, Northern District of Texas, Dallas Division concerning individuals and entities placed in receivership in the course of investigation of a fraudulent investment scheme.  The moving parties herein, Robert and Lea Lord, residents of Puyallup, Washington, are among the victims of the scheme.  The Lords were served a subpoena on January 30, 2006 to appear for a deposition Wednesday, February 8, 2006 in

ORDER - 1

Seattle, Washington and to bring certain documents. The Lords note that there are deficiencies in the subpoena under Fed. R. Civ. P. 45 (c)(3)(A), most notably, a failure to allow a reasonable time for compliance. The Lords request that the subpoena be quashed allowing them to arrange a mutually convenient time for the production and oral testimony, or alternatively that they be allowed 30 days to gather and review the requested information and records. The Receiver's attorney informs the Court that he has no objection to a 30-day extension of time to produce the documents. The Lords also request reimbursement for the costs incurred to comply with the subpoenas, but the Court declines to make such an award on this motion.

ACCORDINGLY, IT IS ORDERED: Motion of Robert and Lea Lord with request to the subpoenas to appear and produce certain documents is GRANTED IN THE ALTERNATIVE: The deposition may go forward, but the Lords shall have 30 days from the entry of this Order to gather and produce the requested information and records. Requests for costs of compliance with the subpoena is DENIED.

DATED this 7th day of February, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2